THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>NINTENDO CO. LTD. AND NINTENDO OF AMERICA INC.,<br><br>        Defendants. | NO. 2:19-cv-00351-RSM<br><br>NOTICE OF APPEARANCE OF JONATHAN L. MCFARLAND |

PLEASE TAKE NOTICE that Jonathan L. McFarland of Perkins Coie LLP hereby appears for Defendants Nintendo Co. Ltd. and Nintendo of America Inc. in the above-entitled action. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

DATED: March 11, 2019

By: */s/ Jonathan L. McFarland*
    Jonathan L. McFarland #44872
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000
    Email:   JMcFarland@perkinscoie.com

*Attorneys for Defendants Nintendo Co. Ltd. and Nintendo of America Inc.*

NOTICE OF APPEARANCE
(No. 2:19-cv-00351-RSM) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2019, I caused copies of the foregoing document to be served via ECF and U.S. Mail to the counsel of record in this matter.

*/s/ Jonathan L. McFarland*
Jonathan L. McFarland

NOTICE OF APPEARANCE
(No. 2:19-cv-00351-RSM) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000