IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

GENUINE ENABLING TECHNOLOGY, LLC,

    Plaintiff,

  vs.

NINTENDO CO., LTD. AND NINTENDO OF AMERICA INC.,

    Defendants.

No. 2:19−cv−00351−RSM

ORDER AMENDING THE MAY 20, 2019, ORDER SETTING TRIAL DATES AND RELATED DATES

Before the Court is Plaintiff Genuine Enabling Technology, LLC, and Defendants Nintendo Co., Ltd. and Nintendo of America Inc., Stipulation to Amend Order Setting Trial Dates and Related Dates (Doc. No. 69). The Court finds that the parties have shown good cause for the requested amendments, and hereby adopts the parties' stipulation.

IT IS, THEREFORE, ORDERED that the May 20, 2019, Order Setting Trial Dates and Related Dates be amended as follows:

| | |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions under Local Patent Rule 120 | May 27, 2019 |
| Disclosure of Non-Infringement and Invalidity Contentions under Local Patent Rule 121 | June 26, 2019 |
| Exchange of Proposed Terms and Claim Elements for Construction under Local Patent Rule 130 | September 16, 2019 |

| Exchange of Preliminary Claim Constructions | September 23, 2019 |
|---|---|
| Substantial Completion of Document Production | October 9, 2019 |
| Reports from Expert Witnesses Under FRCP 26(a)(2) | April 20, 2020 |
| Rebuttal Expert Reports | May 15, 2020 |
| Completion of Discovery | May 27, 2020 |
| All motions related to discovery (which must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(d)(3) or CR37 (a)(2)(B)) | April 24, 2020 |

DATED: May 29, 2019.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE