Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

GENUINE ENABLING TECHNOLOGY, LLC,

    Plaintiff,

vs.

NINTENDO CO. LTD. AND NINTENDO OF AMERICA, INC.,

    Defendants.

No. 2:19−cv−00351−RSM

**ORDER COMMISSIONING DEPOSITIONS IN OSAKA, JAPAN**

TO: **ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN**
*UNITED STATES CONSULATE, OSAKA*

Upon the application of Plaintiff, and pursuant to Article 17 of the United States-Japan Consular Convention, **IT IS ORDERED** that:

The depositions on notice of the following witnesses be taken at the United States Consulate in Osaka, Japan commencing on about March 30, 2020 at 9:00 a.m., and terminating on or about April 3, 2020 at 4:00 p.m.:

| Name | Address | Employer |
|---|---|---|
| Haruki Tojo | 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan | Nintendo Co., Ltd. |
| Yasuyuki Shimohata | 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan | Nintendo Co., Ltd. |
| Shumpei Yasuda | 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan | Nintendo Co., Ltd. |

**ORDER**
(No. 2:19-CV-00351-RSM)

**Padmanabhan & Dawson PLLC**
**45 South 7th Street, Suite 2315**
**Minneapolis, MN 55402**
**Ph: 612-444-3601**

| Name | Address | Employer |
|---|---|---|
| Kuniaki Ito | 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan | Nintendo Co., Ltd. |

All documentary exhibits in connection therewith shall be appropriately marked.

Counsel for Defendants who will participate in said depositions are: Jerry Riedinger, Jonathan McFarland, and/or David Pekarek Krohn of Perkins Coie LLP.

Counsel for Plaintiff who will participate in said depositions are: Devan Padmanabhan, Paul Robbennolt, Erin Dungan, and/or Michelle Dawson of Padmanabhan & Dawson, PLLC.

The proceedings will be reported by Patricia K. Carl, Depo International, Inc., 1330 Jersey Avenue South, Minneapolis, MN 55426, United States, who shall cause the testimony of said witnesses to be reduced to writing, require the above-mentioned witnesses to sign the depositions, annex the deposition testimony to her Commission, and close the same under her seal and return thereof to the Court with all convenient speed.

SO ORDERED.

DATED: February 18, 2020

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
(No. 2:19-CV-00351-RSM)