Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY, LLC,<br><br>       Plaintiff,<br><br>  vs.<br><br>NINTENDO CO. LTD. AND NINTENDO OF AMERICA, INC.,<br><br>       Defendants. | No. 2:19−cv−00351−RSM<br><br>**ORDER COMMISSIONING DEPOSITIONS IN OSAKA, JAPAN** |

TO: **ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN**
*UNITED STATES CONSULATE, OSAKA*

Upon the application of Plaintiff, and pursuant to Article 17 of the United States-Japan Consular Convention, **IT IS ORDERED** that:

The depositions on notice of the following witnesses be taken at the United States Consulate in Osaka, Japan commencing on about June 2, 2020 at 9:00 a.m., and terminating on or about June 5, 2020 at 4:00 p.m.:

| Name | Address | Employer |
|---|---|---|
| Haruki Tojo | 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan | Nintendo Co., Ltd. |
| Yasuyuki Shimohata | 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan | Nintendo Co., Ltd. |
| Shumpei Yasuda | 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan | Nintendo Co., Ltd. |

**ORDER**-1
(No. 2:19-CV-00351-RSM)

**Padmanabhan & Dawson PLLC**
**45 South 7th Street, Suite 2315**
**Minneapolis, MN 55402**
**Ph: 612-444-3601**

| Name | Address | Employer |
|---|---|---|
| Kuniaki Ito | 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan | Nintendo Co., Ltd. |

All documentary exhibits in connection therewith shall be appropriately marked.

Counsel for Defendants who will participate in said depositions are: Jerry Riedinger, Kevin Andrew Zeck, and/or David Pekarek Krohn of Perkins Coie LLP.

Counsel for Plaintiff who will participate in said depositions are: Devan Padmanabhan, Paul Robbennolt, Erin Dungan, and/or Michelle Dawson of Padmanabhan & Dawson, PLLC.

The proceedings will be reported, videotaped and/or interpreted by Planet Depos – American Realtime Court Reporters, who shall cause the testimony of said witnesses to be reduced to writing, require the above-mentioned witnesses to sign the depositions, annex the deposition testimony to its Commission, and close the same under its seal and return thereof to the Court with all convenient speed.

SO ORDERED.

DATED this 3rd day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER**-1
(No. 2:19-CV-00351-RSM)

**Padmanabhan & Dawson PLLC**
**45 South 7th Street, Suite 2315**
**Minneapolis, MN  55402**
**Ph:  612-444-3601**