HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.,<br><br>  Defendants. | Case No. 2:19-cv-00351-RSM<br><br>**ORDER AMENDING TRIAL DATE AND RELATED DATES** |

Before the Court is Plaintiff Genuine Enabling Technology, LLC's and Defendants Nintendo Co., Ltd.'s and Nintendo of America Inc.'s Second Stipulated Motion to Amend Trial and Related Dates (Dkt. 119). The Court finds that the parties have shown good cause for the requested amendments, and hereby grants parties' motion.

**IT IS THEREFORE ORDERED** the May 20, 2019, May 29, 2019, and March 5, 2020 Orders Setting Trial Date and Related Dates be amended as follows:

| EVENT | DATE |
|---|---|
| **JURY TRIAL DATE** | 3/8/2021 |

PROPOSED ORDER
(No. 2:19-cv-0351-RSM) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| EVENT | DATE |
|---|---|
| Reports from Expert Witnesses Under FRCP 26(a)(2) | 10/26/2020 |
| All motions related to discovery (which must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(d)(3) or CR37 (a)(2)(B)) | 10/28/2020 |
| Rebuttal Expert Reports | 11/16/2020 |
| Completion of Discovery | 12/4/2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 12/17/2020 |
| Settlement conference per CR 39.1(c)(2) held no later than | 2/5/2021 |
| Mediation per CR 39.1(c)(3) held no later than | 2/12/2021 |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to CR7(d) | 2/12/2021 |
| Agreed pretrial order due | 2/26/2021 |
| Trial briefs, proposed voir dire questions and jury instructions | 3/2/2021 |

DATED this 20th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER**
(No. 2:19-cv-0351-RSM) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000