1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC, <br><br> Plaintiff, <br><br> v. <br><br> NINTENDO CO. LTD and NINTENDO OF AMERICA INC., <br><br> Defendants. | CASE NO. 2:19-cv-351 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On May 9, 2022, the United States Court of Appeals for the Federal Circuit reversed and remanded this case to this District Court. Dkt. No. 135. On September 1, 2023, the parties filed a joint status report and requested a status conference to discuss the case schedule. Dkt. No. 136. The Court set a hearing date but struck it when the matter was reassigned to Judge Whitehead. Now the case remains pending.

MINUTE ORDER - 1

1  The Court orders the parties to meet and confer and submit an updated joint
2  status report. Although Defendants Nintendo Co. Ltd. and Nintendo of America Inc.
3  argue Plaintiff Genuine Enabling Technology, Inc.'s proposed schedule is
4  unwarranted for several reasons, they do not provide an alternative proposed
5  schedule nor do they identify the "pending summary judgment and claim
6  construction issues" that they ask the Court to resolve before setting a "tailored
7  schedule for any remaining aspects of the case, if needed."

8  Accordingly, the Court orders the parties to meet and confer and submit an
9  updated joint status report by no later than June 28, 2024, proposing a case
10 schedule or competing case schedules if they disagree.

11 Dated this 14th day of June 2024.

<u>Ravi Subramanian</u>
Clerk
<u>/s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER - 2