THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.,<br><br>        Defendants. | Case No. 2:19-cv-00351-JNW<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF JOINT STATUS REPORT DEADLINE**<br><br>NOTE ON MOTION CALENDAR:<br>June 25, 2024 |

    This matter came before the Court on the parties' Stipulated Motion for Extension of Joint Status Report Deadlines. Good cause appearing therefor, it is hereby ORDERED that the Stipulated Motion is GRANTED, and the parties shall file their joint status report on July 19, 2024 as stipulated.

IT IS HEREBY SO ORDERED this 26th day of June 2024.

                                                *[signature]*

                                      Jamal N. Whitehead
                                      United States District Judge

**ORDER**
(No. 2:19-cv-0351-JNW) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

_s/ Grant E. Kinsel_
Grant E. Kinsel, WSBA No. 49576
PERKINS COIE LLP
1201 Third Ave.
Seattle, WA 98101
Tel: (206) 359-8000
Fax: (206) 359-9000
Email: gkinsel@perkinscoie.com

*Attorneys for Defendants Nintendo Co., Ltd. and Nintendo of America Inc.*

**ORDER**
(No. 2:19-cv-0351-JNW) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000