UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENUINE ENABLING
TECHNOLOGY LLC,

                Plaintiff,

      v.

NINTENDO CO., LTD.; and
NINTENDO OF AMERICA INC.,

                Defendants.

C19-0351 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 161, the Court concludes that this case should remain stayed until further order. The parties are hereby DIRECTED to file another Joint Status Report (i) within seven (7) days after the deadline expires for filing a petition for a writ of certiorari, if no such petition is filed, relating to *Genuine Enabling Tech. LLC v. Sony Grp. Corp.*, 167 F.4th 1196 (Fed. Cir. 2026); (ii) within seven (7) days after the United States Supreme Court rules on any petition for a writ of certiorari; or (iii) by December 31, 2026, whichever occurs earlier.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of May, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1