UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD.; and NINTENDO OF AMERICA INC.,<br><br>Defendants. | C19-0351 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This case having been stayed pending an appeal from the decisions of the District of Delaware in *Genuine Enabling Technology LLC v. Sony Corp.*, No. 17-cv-135, 2022 WL 17325656 (D. Del. Nov. 28, 2022), 2024 WL 1255513 (D. Del. Mar. 25, 2024), concerning the same patent-in-suit involved in this litigation, *see* Order at 26, ¶ 3 (docket no. 149), the United States Court of Appeals for the Federal Circuit having affirmed the District of Delaware's grant of summary judgment in favor of the alleged infringer, *see Genuine Enabling Tech. LLC v. Sony Grp. Corp.*, 167 F.4th 1196 (Fed. Cir. 2026), and the United States Supreme Court having denied the patentee's petition for a writ of certiorari, *see Genuine Enabling Tech. LLC v. Sony Grp. Corp.*, --- S. Ct. ---, 2026 WL 3383918 (Nov. 9, 2026), the Court hereby LIFTS the stay of this matter and returns this case to the Court's active docket.

(2) Having reviewed the parties' Joint Status Report, docket no. 164, the Court DECLINES to adopt the deadlines and briefing schedules proposed by the parties. Given the long and complicated history of this action, including the reversal on appeal of a prior grant of summary judgment, which occurred before claim construction, which is itself

incomplete, *see* Order at 25, ¶ 1 (docket no. 149), and the nature of the decisions by the District of Delaware and the Federal Circuit regarding the patentee's insufficiently supported claim of infringement, the Court CONCLUDES that good cause exists to permit plaintiff Genuine Enabling Technology LLC ("GET") to amend its infringement contentions and to allow defendants Nintendo Co., Ltd. and Nintendo of America Inc. ("Nintendo") to amend their invalidity and/or noninfringement contentions. *See* Local Patent Rule 124. No purpose would be served by extensive and drawn-out briefing on whether leave for such amendments should be given. The parties shall file and serve their contentions as follows:

(a) GET shall file and serve amended infringement contentions on or before January 8, 2027; and

(b) Nintendo shall file and serve amended invalidity and/or noninfringement contentions on or before February 12, 2027.

(3) Consistent with the representation made in the parties' Joint Status Report, docket no. 164, the deferred portion of defendants' motion for summary judgment, docket no. 90, as described in the Order entered January 13, 2025, docket no. 146, is STRICKEN without prejudice.

(4) Counsel are DIRECTED to meet and confer and to file another Joint Status Report within fourteen (14) days of the date of this Minute Order, addressing the following issues: (i) when the parties anticipate being prepared for trial, how many trial dates will be required, and whether the trial will be jury or non-jury or both; (ii) what discovery, if any, remains outstanding; (iii) what additional dispositive motions, if any, the parties wish to present; and (iv) whether the Court should set a mediation deadline or implement other measures to shorten or simplify this case.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk